### NESSMITH *v.* PEEPLES *et al.*

PER CURIAM. The verdict rendered in this case is supported by the evidence, and the grounds of the amended motion for a new trial disclose no error which requires a reversal of the judgment.

*Judgment affirmed. All the Justices concur, except Gilbert, J., not presiding.*

SEPTEMBER 23, 1916.

Equitable petition. Before Judge Thomas. Berrien superior court. September 4, 1915.

*Hendricks, Mills & Hendricks,* for plaintiff.

*J. P. Knight,* for defendants.